**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Javier Hernandez
      Maria G Hernandez
      **Debtor(s)**

Case No.: 13–36051

Chapter: 7

**ENTERED**
**01/07/2014**

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/7/14

LETITIA Z. PAUL
United States Bankruptcy Judge