UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS



In Re: Javier Hernandez
      Maria G Hernandez
**Debtor(s)**

Case No.: 13–36051
Chapter: 7

ENTERED
01/07/2014

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/7/14

LETITIA Z. PAUL
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:
Javier Hernandez
Maria G Hernandez
    Debtors

Case No. 13-36051-lzp
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: admin     Page 1 of 1     Date Rcvd: Jan 07, 2014
                      Form ID: fnldtxs    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2014.
db/jdb      +Javier Hernandez,    Maria G Hernandez,    708 S. 23rd Ave.,    Edinburg, TX 78539-4852

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2014                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2014 at the address(es) listed below:
         Allison D Byman    adb@hwa.com,    dek@hwa.com;adb@trustesolutions.net;rwm@hwa.com;kmb@hwallp.com
         Clayton William Wrzesinski     on behalf of Joint Debtor Maria G Hernandez cww@texanlawyer.net,
          ecf-mail@texanlawyer.net;ecf-mail2@texanlawyer.net
         Clayton William Wrzesinski     on behalf of Debtor Javier  Hernandez cww@texanlawyer.net,
          ecf-mail@texanlawyer.net;ecf-mail2@texanlawyer.net
         US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                                                                                TOTAL: 4